UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Russound/FMP, Inc.,
    Plaintiff

    v.                                      Civil No. 08-cv-145-SM

Future Home Systems;
and James Cahill d/b/a
Future Home Systems,
    Defendants

### ORDER OF RECUSAL

Defendants' counsel is on my recusal list, therefore, I am recusing myself from presiding over this case.

    **SO ORDERED.**

                                              _____
                                              Steven J. McAuliffe
                                              Chief Judge

May 8, 2008

cc:  Daniel E. Will, Esq.
     Jonathan M. Shirley, Esq.
     Richard B. McNamara, Esq.